**FULL NAME:** Ronnie L. Evans

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 1627 S. Hargreave St, Banning CA 92220, Smit Correctional

**PRISON NUMBER (if applicable):** 202446249

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronnie L. Evans

PLAINTIFF,

v.

Desert Regional Medical Center

DEFENDANT(S).

**CASE NUMBER**
5:25-cv-01232-FLA-E
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not  I never file one

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  RONNIE L. EVANS
(print plaintiff's name)

who presently resides at  Transient
(mailing address or place of confinement),

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Desert Regional Medical Center, Palm Spring.
(institution/city where violation occurred)

on (date or dates) __7-14-2024__, _____, _____.
                     (Claim I)           (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Desert Regional Medical Center__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Mil-Pratice__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS\***

**CLAIM I**

The following civil right has been violated:

The Right To Receive Adequate Medical Treatment. They did a surgery on my Left foot but both was fractured. I was discharge from the Hostpal Transient No after care or proper after car placement. Right foot was never corrected. I am suing Desert Resional Medical Center for the sum of 10,000,000 Dollar's.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Case 5:25-cv-01232-FLA-E    Document 1    Filed 05/15/25    Page 6 of 8    Page ID #:6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

_____
_____
_____
_____

05-09-2025
*(Date)*

*(Signature of Plaintiff)*



